IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>**JESUS B. CORDERO,**<br><br>    Defendant. | CASE NO: 1:21-CR-00026-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Jesus Bustamonte Cordero (BN0159)
Detained at: Wasco State Prison
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: 21 U.S.C. § 841(a)(1), 18 U.S.C. § 922(g)(9)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **MAY 5, 2021, 2:00PM (BAM)** *in the Eastern District of California (See ECF No.3).*

| | |
|---|---|
| Signature: | */s/ CHRISTOPHER D. BAKER* |
| Printed Name & Phone No: | AUSA Christopher D. Baker (559-290-0530) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on May 5, 2021, at 2:00pm**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 15, 2021**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male ☐Female | |
| Booking or CDC #: | BN 0159 | DOB: | November 29, 1995 |
| Facility Address: | 701 Scofield Ave., Wasco, CA 93280 | Race: | Hispanic |
| Facility Phone: | (661) 758-8400 | FBI#: | 527161JD0 |

## RETURN OF SERVICE

Executed on:                    (signature)