| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
JESUS B. CORDERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00026-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JESUS B. CORDERO, | DATE:   February 23, 2022 |
|   | TIME:   1:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing currently scheduled for January 12, 2022, may be continued to February 23, 2022, at 1:00 p.m. for further status conference before the Honorable Barbara A. McAuliffe.

The parties have been in plea negotiations and defense believes a forthcoming new plea agreement should resolve the case.  Defense counsel would need additional time to review the agreement with Mr. Cordero.  Counsel also has been attempting to obtain some medical documentation.

The requested status conference date should allow for the parties to complete their plea negotiations and for defense to complete its investigation.

The parties agree that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and

(iv), time should be excluded through and including February 23, 2022, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>PHILLIP TALBERT<br>Acting United States Attorney |
| DATED: December 22, 2021 | By: /s/ *Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: December 22, 2022 | By: /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JESUS B. CORDERO |

# O R D E R

IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be continued from January 12, 2022 to **February 23, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**, for further status conference. The time period through and including February 23, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 22, 2021**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE