HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JESUS B. CORDERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>JESUS B. CORDERO<br><br>                   Defendant. | Case No.  1:21-cr-00026-DAD-BAM<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFENCE AND SET CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference currently scheduled for February 23, 2022, before the Honorable Barbara A. McAuliffe be vacated and that Mr. Cordero's case be set for change of plea hearing on February 14, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd.

The parties have reached a resolution in this matter and a plea agreement has been filed on the docket.  Time has previously been excluded though and including February 23, 2022, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), as the Court found good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | PHILLIP TALBERT<br>Acting United States Attorney |
| DATED: January 5, 2022 | | By: | /s/ *Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 5, 2022 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JESUS B. CORDERO |

# O R D E R

IT IS SO ORDERED that the status conference in the above-entitled currently scheduled for February 23, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, shall be vacated and this case shall be set for change of plea on **February 14, 2022 at 9:00 a.m. before the Honorable Dale A. Drozd**.

IT IS SO ORDERED.

Dated: **January 5, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

Cordero: Stipulation and [Proposed] Order to Vacate Status Conference and Set Change of Plea Hearing

-2-